[No. 8359–7–I.   Division One.   November 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD
THOMAS HARSTAD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 90902, Barbara Durham, J., entered December
27, 1979. *Affirmed* by unpublished opinion per Ringold,
A.C.J., concurred in by Williams and Corbett, JJ.

[No. 9297–9–I.   Division One.   November 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR
NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80–1–00102–1, John F. Wilson, J.,
entered August 4, 1980. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Ringold, A.C.J., and
Corbett, J.

[No. 8309–1–I.   Division One.   November 30, 1981.]

NICHOLAS OURADA, *Appellant,* v. ROSCOE S.
MOSIMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 862560, Frank D. Howard, J., entered Septem-
ber 28, 1979. *Reversed* by unpublished opinion per Ringold,
J., concurred in by James, C.J., and Callow, J.